The People of the State of New York, Respondent, 
against
Glenn S. Smith, Appellant.



Appeal from a judgment of the Justice Court of the Village of Goshen, Orange County (Thomas J. Cione, J.), rendered April 11, 2012. The judgment convicted defendant, upon a jury verdict, of resisting arrest and disorderly conduct. By decision and order dated March 10, 2014, this court reversed the judgment, on the law, and dismissed the accusatory instrument (People v Smith, 43 Misc 3d 71 [App Term, 2d Dept, 9th & 10th Jud Dists 2014]). By order dated June 23, 2016, the Court of Appeals reversed the decision and order of this court and remitted the matter for further proceedings in accordance with its opinion (People v Smith, NY3d , 2016 NY Slip Op 04973 [2016]).




ORDERED that, upon remittitur from the Court of Appeals, the appeal is dismissed.
The Court of Appeals has determined that defendant's failure to file an affidavit of error requires the dismissal of the appeal. We note that defendant has moved for a writ of error coram nobis on the ground that his counsel was ineffective in failing to file such an affidavit (see People v Andrews, 23 NY3d 605 [2014]; People v Syville, 15 NY3d 391, 394-398 [2010]; People v Bartholomew, 31 Misc 3d 698, 703 [Broome County Ct 2011]; cf. CPL 460.30 [1] [a]), and the motion is being granted simultaneously herewith (People v Smith, 2016 NY Slip Op [App Term, 2d Dept, 9th & 10th Jud Dists 2016]).
Iannacci and Tolbert, JJ., concur.
Nicolai, P.J., taking no part.
Decision Date: August 16, 2016